| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  PCI Manufacturing, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 5 – 4 0 1 8 2 4 7

4. **Debtor's address**   **Principal place of business**

    **903 East I-30**
    Number   Street

    **Sulphur Springs**  **TX**  **75482**
    City   State   ZIP Code

    **Hopkins**
    County

    **Mailing address, if different from principal place of business**

    **PO Box 296**
    Number   Street

    _____
    P.O. Box

    **Sulphur Springs**  **TX**  **75483**
    City   State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    **200 CMH Drive**
    Number   Street

    **Sulphur Springs**  **TX**  **75482**
    City   State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor **PCI Manufacturing, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__3__ __4__ __4__ __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
      District _____ When _____ Case number _____
                                       MM / DD / YYYY
      District _____ When _____ Case number _____
                                       MM / DD / YYYY

Debtor **PCI Manufacturing, LLC**  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____          _____    _____
City             State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **PCI Manufacturing, LLC**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/18/2016**
                MM / DD / YYYY

X **/s/ J. Miles Arnold**      **J. Miles Arnold**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Christopher J. Moser**      Date **10/18/2016**
Signature of attorney for debtor      MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number     Street

**Dallas**      **TX**      **75201**
City      State      ZIP Code

**(214) 871-2100**
Contact phone      Email address

**14572500**      **TX**
Bar number      State

**Fill in this information to identify the case and this filing:**

Debtor Name     **PCI Manufacturing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/18/2016**          X **/s/ J. Miles Arnold** _____
      MM / DD / YYYY                Signature of individual signing on behalf of debtor

**J. Miles Arnold**
Printed name

**President**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| | **Fill in this information to identify the case:** | | | | | |
|---|---|---|---|---|---|---|
| | Debtor name **PCI Manufacturing, LLC** | | | | | |
| | United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | | | | | |
| | Case number (if known) | | | | | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pilgrim Bank 2401 South Jefferson Avenue Mt. Pleasant, TX 75455 | | Guaranteed Debt | | | | $2,421,531.90 |
| 2 | Steel & Pipe Supply Co., Inc. 555 Poyntz Ave. Manhattan, KS 66502 | | Judgment Lien | | $1,064,483.70 | $404,882.95 | $659,600.75 |
| 3 | Element Financial Corp. 655 Business Center Drive Horsham, PA 19044 | | Equipment Note | Disputed | $1,034,490.00 | $456,575.53 | $577,914.47 |
| 4 | Sovereign Bank 17950 Preston Rd., Suite 500 Dallas, TX 75252 | | Note | | $1,013,895.51 | $463,310.23 | $550,585.28 |
| 5 | Quality Trailer Products, LP Rockwell American Mfg. 604 West Main Azle, TX 76020 | | Goods and/or Services | | | | $351,417.47 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 1

Debtor   **PCI Manufacturing, LLC**                                   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | | Goods and/or Services | | | | $242,202.96 |
| 7 | Chandler Equipment<br>4180 West Sunset Avenue<br>Springdale, AR 72762 | | Goods and/or Services | | | | $240,472.75 |
| 8 | Strathmore Products, Inc.<br>PO Box 151<br>Syracuse NY, 13201-0151 | | Goods and/or Services | | | | $238,639.36 |
| 9 | TXU Energy Retail Company, LLC<br>6555 Sierra Drive 3-S-24<br>Irving, TX 75039 | | Goods and/or Services | | | | $190,911.55 |
| 10 | Carboline Company<br>PO Box 931942<br>Cleveland, OH 44193 | | Goods and/or Services | | | | $155,573.50 |
| 11 | Triple E Electric, Inc.<br>PO Box 455<br>Emory, TX 75440 | | Goods and/or Services | | | | $131,821.42 |
| 12 | Pilgrim Bank<br>2401 South Jefferson Avenue<br>Mt. Pleasant, TX 75455 | | Guaranteed Debt | | | | $103,173.41 |
| 13 | Cohn & Gregory<br>PO Box 7419<br>Fort Worth, TX 76111-0419 | | Goods and/or Services | | | | $102,253.79 |

Debtor  **PCI Manufacturing, LLC**  Case number (if known) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Afisco Industrial<br>PO Box 5332<br>Arlington, TX 76005 | | Goods and/or Services | | | | $54,634.03 |
| 15 DXP Enterprises, Inc.<br>1515 Avenue S, Ste 206<br>Grand Prairie, TX 75050 | | Goods and/or Services | | | | $35,826.74 |
| 16 Simpson Gumpertz & Heger, Inc.<br>41 Seyon Street, Bldg 1 Ste 500<br>Waltham, MA 02453 | | Goods and/or Services | | | | $21,826.50 |
| 17 Darr Equipment Co.<br>PO Box 975053<br>Dallas, TX 75397-5053 | | Goods and/or Services | | | | $15,015.80 |
| 18 Baker Tankhead<br>PO Box 77021<br>Fort Worth, TX 76177 | | Goods and/or Services | | | | $14,494.00 |
| 19 Buyers Products Company<br>9049 Tyler Blvd.<br>Mentor, OH 44060 | | Goods and/or Services | | | | $14,078.45 |
| 20 Tradequip International<br>PO Box 509<br>Crossville, TN 38557 | | Goods and/or Services | | | | $11,812.40 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **PCI Manufacturing, LLC**                                              CASE NO

                                                                                                         CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/18/2016                                            Signature  /s/ J. Miles Arnold
                                                                                    *J. Miles Arnold*
                                                                                    *President*

Date  _____                       Signature  _____

A-1 Industrial Supply
PO Box 11465
Hermiston, OR 97838

Baker, Donelson, Bearman, Caldw
201 St. Charles Avenue, Suite 3
New Orleans, LA 70170

Carboline Company
PO Box 931942
Cleveland, OH 44193

Aaron Worldwide Collections, In
PO Box 2805
Grand Rapids, MI 49501-2805

BCBS of Texas
PO Box 731428
Dallas, TX 75373-1428

Carstens & Cahoon, LLP
PO Box 802334
Dallas, TX 75380

Aaxion Incorporated
1602 W. Erwin
Tyler, TX 75702

Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188-7410

Chandler Equipment
4180 West Sunset Avenue
Springdale, AR 72762

Affirmed Medical Service
PO Box 525
Tyler, TX 75712-5257

Bilateral Credit
PO Box 3475
Toledo, OH 43607-0475

Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043

Afisco Industrial
PO Box 5332
Arlington, TX 76005

Booth and Booth, APLC
Vincent J. Booth
138 North Cortez Street
New Orleans, LA 70119

City of Sulphur Springs
125 S. Davis Street
Sulphur Springs, TX 75482

Airgas USA, LLC
PO Box 676015
Dallas, TX 75267-6015

Brown-Campbell Co.
11800 Investment Drive
Shelby Township, MI 48315

City of Sulphur Springs Tax Off
125 S. Davis Street
Sulphur Springs, TX 75482

Altus GTS, Inc.
PO Box 1389
Kenner, LA 70063

Buckley Oil Company
2900 Kemp Ranch Crossing
Midlothian, TX 76065

Clemtex
PO Box 15214
Houston, TX 77220

Aluma Graphics
103 Security Court
Wylie, TX 75098

Budget Business Systems
PO Box 1013
Mineola, TX 75773

Cohn & Gregory
PO Box 7419
Fort Worth, TX 76111-0419

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Buyers Products Company
9049 Tyler Blvd.
Mentor, OH 44060

COLE Publishing, Inc.
1720 Maple Lake Dam Road
Three Lakes, WI 54562

Baker Tankhead
PO Box 77021
Fort Worth, TX 76177

Cantey Hanger, LLP
600 W. 6th Street, Suite 300
Fort Worth, TX 76102

Contech Engineered Solutions, L
2201 W. Royal Ln., #260
Irving, TX 75063

| | | |
|---|---|---|
| Crossroad Communications, Inc.<br>PO Box 8294<br>Greenville, TX 75404 | Elite Designs<br>PO Box 13725<br>Arlington, TX 76094 | Hopkins Co. Physician Services<br>PO Box 1367<br>Sulphur Springs, TX 75482 |
| CST Co.<br>PO Box 224768<br>Dallas, TX 75222-4768 | Elliott Electric Supply, Inc.<br>1220 Elm Street<br>Sulphur Springs, TX 75482 | Hopkins County Tax Office<br>PO Box 481<br>Sulphur Springs, TX 75483 |
| Darr Equipment Co.<br>PO Box 975053<br>Dallas, TX 75397-5053 | Fastenal<br>PO Box 978<br>Winona, MN 55987 | Hopkins Minor Emergency<br>106 Hodge Street<br>Sulphur Springs, TX 75482 |
| Dealers Electric Supply<br>555 South Hillcrest Drive<br>Sulphur Springs, TX 75482 | Financial Management & Associat<br>2377 S. Collins Street<br>Arlington, TX 76014 | Hunter Warfield<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614 |
| Deep South Equipment<br>4201 Michoud Blvd<br>New Orleans, LA 70189 | Fleetpride<br>PO Box 847118<br>Dallas, TX 75284 | Huse Processing, Inc.<br>3697 State Hwy 171<br>Malone, TX 76660 |
| Dworken & Bernstein Co., L.P.A<br>Attn: Jo A. Tatarko<br>60 South Park Place<br>Painesville, OH 44077 | Garrett T. Hanna 2008 Trust<br>PO Box 1416<br>Sulphur Springs, TX 75483 | IC System<br>PO Box 64437<br>St. Paul, MN 55164-0437 |
| DXP Enterprises, Inc.<br>1515 Avenue S, Ste 206<br>Grand Prairie, TX 75050 | Givco, Inc.<br>22133 Old Nacogdoches Rd.<br>New Braunfels, TX 78132 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Edge Site Contracting, LLC<br>PO Box 873<br>Sulphur Springs, TX 75483 | Guida, Slavich & Flores, P.C.<br>Attn: James D. Payne<br>750 N. St Paul Street, Suite 20<br>Dallas, TX 75201 | J.J. Keller & Associates, Inc.<br>PO Box 368<br>Neenah, WI 54957 |
| Edward Sloan & Associates<br>PO Box 788<br>Winnsboro, TX 75494 | Harrell Pailet & Associates, P.<br>5454 La Sierra Drive, Suite 100<br>Dallas, TX 75231 | Jackson Pipe and Steel<br>PO Box 5746<br>Texarkana, TX 75505-5746 |
| Element Financial Corp.<br>655 Business Center Drive<br>Horsham, PA 19044 | Hopkins Co. Memorial Hospital<br>PO Box 275<br>Sulphur Springs, TX 75483 | Jay A. Cantrell<br>807 Eighth Street, Suite 810<br>Wichita Falls, TX 76301-3319 |

Case 16-41888 Doc 1 Filed 10/18/16 Entered 10/18/16 16:37:58 Desc Main Document Page 12 of 14
Debtor(s): PCI Manufacturing, LLC
Case No:
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Jayco<br>PO Box 20026<br>Oklahoma City, OK 73156 | Lisle Rutledge Attorneys<br>Attn: Donnie Rutledge<br>1458 Plaza Place<br>PO Box 7977<br>Springdale, AR 72766-7977 | McGlinchey Stafford<br>2711 N. Haskell Avenue<br>Suite 2750, LB 38<br>Dallas, TX 75204 |
| Joe Tex Xpress, Inc.<br>619 West Rutherford<br>Mt. Vernon, TX 75457 | Loeb Winternitz<br>4131 S. State Street<br>Chicago, IL 60609 | McMaster-Carr<br>PO Box 7690<br>Chicago, IL 60680 |
| Jonathan Neil & Associates, Inc<br>71 West Main Street, Suite 304<br>Freehold, NJ 07728 | Magnus Mobility Systems, Inc.<br>2605 Joe Field Road<br>Dallas, TX 75229 | Miles Arnold<br>8109 Oakmont Drive<br>Burleson, TX 76028 |
| KC Supply Co., Inc.<br>PO Box 412196<br>Kansas City, MO 64141-2196 | Mail Finance<br>478 Wheelers Farms Rd<br>Milford, CT 06461 | Millennium Outdoor Advertising<br>PO Box 327<br>Winfield, TX 75493-0327 |
| Kimball Midwest<br>4800 Roberts Road<br>Columbus, OH 43228 | MarketBook<br>PO Box 85670<br>Lincoln, NE 68501 | Minimizer<br>500 Minimizer Way SE<br>Blooming Prairie, MN 55917 |
| Kutter R. Hanna 2008 Trust<br>PO Box 1416<br>Sulphur Springs, TX 75483 | Masport<br>6801 Cornhusker Highway<br>Lincoln, NE 68507-3296 | Motion Industries, Inc.<br>2364 Merritt Drive, Suite C<br>Garland, TX 75041 |
| Law Offices of Scott H. Richard<br>1000 E. Belt Line Rd., Suite 25<br>Carrollton, TX 75006 | Master Magnetics, Inc.<br>747 S. Gilbert Street<br>Castle Rock, CO 80104 | MS Landscaping & Irrigation<br>457 CR 1109<br>Sulphur Springs, TX 75482 |
| Lee & Associates<br>15455 Dallas Parkway, Suite 400<br>Addison, TX 75001 | Matthew H. Hanna 2008 Trust<br>PO Box 1416<br>Sulphur Springs, TX 75483 | National Vacuum Equipment, Inc.<br>2707 Aero Park Drive<br>Traverse City, MI 49685 |
| Lift Truck Supply, Inc.<br>PO Box 8251<br>Tyler, TX 75711 | Matthew Hanna<br>402 CR 3640<br>Sulphur Springs, TX 75482 | Nationwide Recovery Systems, LT<br>4635 McEwen Road<br>Dallas, TX 75244 |
| Linebarger Goggan Blair & Samps<br>Attn: Aaron Denine Malone<br>1517 W. Front St., Suite 202<br>Tyler, TX 75702 | McDonald Sanders<br>777 Main Street, Suite 1300<br>Fort Worth, TX 76102 | Network Billing Systems, LLC.<br>155 Willowbrook Blvd.<br>Wayne, NJ 07470 |

| | | |
|---|---|---|
| Norman & Associates<br>6230 Shiloh Road, Suite 230<br>Alpharetta, GA 300005 | Power Drive<br>4401 W. Esthner<br>Wichita, KS 67209 | Southeastern Freight Lines, Inc<br>PO Box 100104<br>Columbia, SC 29202-3104 |
| Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702 | Quality Trailer Products, LP<br>Rockwell American Mfg.<br>604 West Main<br>Azle, TX 76020 | Sovereign Bank<br>17950 Preston Rd., Suite 500<br>Dallas, TX 75252 |
| Old Dominion Freight Line, Inc.<br>PO Box 841324<br>Dallas, TX 75284-1324 | Quench USA, Inc.<br>PO Box 8500<br>Philadelphia, PA 19178-3230 | Spray Equipment & Service Center<br>PO Box 875758<br>Kansas City, MO 64187 |
| OMI Crane Systems, Inc.<br>PO Box 1719<br>Rockwall, TX 75087 | Recievables Control Corporation<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | Steel & Pipe Supply Co., Inc.<br>555 Poyntz Ave.<br>Manhattan, KS 66502 |
| Panorama Vending<br>958 County Road 1116 W<br>Sulphur Springs, TX 75482 | Recievables Performace Management<br>20816 44th Ave. W.,<br>Lynnwood, WA 98036 | Strathmore Products, Inc.<br>PO Box 151<br>Syracuse NY, 13201-0151 |
| Parish Truck Sales, Inc.<br>1101 Doyle Melancon Ext.<br>Breaux Bridge, LA 70517 | Redneck Trailer Supplies<br>1260 Hillcrest Drive<br>Sulphur Springs, TX 75482 | Sulphur Springs ISD Tax Office<br>631 Connally Street<br>Sulphur Springs, TX 75482 |
| Peoples Communication, Inc.<br>PO Box 1676<br>Quitman, TX 75783-1676 | RidgeLine Engineering, LLC<br>17203 Gold Panning Court<br>Magnolia, TX 77355 | Surface Preparation-Texas, LLC<br>5965 South Loop East<br>Houston, TX 77033 |
| Pilgrim Bank<br>2401 South Jefferson Avenue<br>Mt. Pleasant, TX 75455 | Sherwin Williams<br>108 Lee Street<br>Sulphur Springs, TX 75482 | Synter Resources Group, LLC.<br>5935 Rivers Ave., Suite 102<br>Charleston, SC 29406-6071 |
| Pinnacle Companies, Inc.<br>PO Box 296<br>Sulphur Springs, TX 75483 | Simpson Gumpertz & Heger, Inc.<br>41 Seyon Street, Bldg 1 Ste 500<br>Waltham, MA 02453 | Tennant Sales and Service Co.<br>701 N. Lilac Drive<br>Minneapolis, MN 55422 |
| Potts Concrete Construction<br>450 County Road 2305<br>Sulphur Springs, TX 75482 | Solvent Recovery Systems<br>PO Box 184<br>Orange Park, FL 32067 | Texas Heritage National Bank<br>215 Hillcrest Drive<br>Sulphur Springs, TX 75482 |

| | |
|---|---|
| The Trident Company<br>405 N. Plano Rd.<br>Richardson, TX 75081 | Unline, Inc.<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 |
| Totz Ellison & Totz, P.C.<br>2211 Norfold, Suite 510<br>Houston, TX 77098 | USA Flap<br>10510 Randall Ave<br>Aurora IN, 47001 |
| Tradequip International<br>PO Box 509<br>Crossville, TN 38557 | Verizon Southwest<br>PO Box 33078<br>St. Petersburg, FL 33733 |
| Triple E Electric, Inc.<br>PO Box 455<br>Emory, TX 75440 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Truck Enterprises, Inc.<br>13675 Gateway West<br>El Paso, TX 79926 | VTX Telecom<br>881 E. Hidalgo Avenue<br>Raymondville, TX 78580 |
| Truck Paper<br>PO Box 85673<br>Lincoln, NE 68501-5673 | Webb Corporation<br>PO Box 549<br>Webb City, MO 64870 |
| TXU Energy Retail Company, LLC<br>6555 Sierra Drive 3-S-24<br>Irving, TX 75039 | Wolfe & Associates, Inc.<br>PO Box 5085<br>Concord, NC 28027-5085 |
| Tyco Integrated Security, LLC<br>PO Box 371967<br>Pittsburgh, PA 1525-7967 | YRC Worldwide, Inc.<br>10990 Roe Avenue<br>Overland Park, KS 66211 |
| United Rotary Brush Corp<br>15607 W. 100th Terr.<br>Lenexa, KS 66219 | |
| Univar USA Dallas<br>10889 Bekay Street<br>Dallas, TX 75238 | |