**Fill in this information to identify the case**

Debtor name **PCI Manufacturing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-41888**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand** | **$337.11** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **City National Bank** | **Checking account** | **0 7 0 7** | **$55.51** |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$392.62** |
|---|

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor   **PCI Manufacturing, LLC**_____   Case number (if known)   **16-41888**_____
       Name

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

   **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

   **Current value of
   debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____**$0.00**_____ – _____**$0.00**_____ = .............→   _____**$0.00**
                         face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____**$0.00**_____ – _____**$0.00**_____ = .............→   _____**$0.00**
                       face amount              doubtful or uncollectible accounts

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$0.00**

## Part 4:  Investments

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

   |  | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.

   **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Fill in the information below.

| Debtor | PCI Manufacturing, LLC | Case number (if known) | 16-41888 |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished goods | | $494,722.09 | Based on book cost | $494,722.09 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $494,722.09 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**
_____
Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, printers, and copiers | | Estimate from liquidator | $1,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $1,500.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery and equipment | | Estimate from liquidator | $500,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $500,000.00 |
|---|---|

Debtor    **PCI Manufacturing, LLC**                                    Case number (if known)    **16-41888**
_____
          Name

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **West Plant**<br>**200 CMH Drive**<br>**Sulphur Springs, TX 75482** | **Fee Simple** | | **Appraisal 2011** | **$2,355,000.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| **$2,355,000.00** |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| **$0.00** |
|---|

Debtor   **PCI Manufacturing, LLC**_____   Case number (if known) **16-41888**_____
              Name

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

|  |  |
|---|---|
|  | Current value of debtor's interest |

71.  **Notes receivable**

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties** (whether or not a lawsuit has been filed)

**Claim against JC Fodale Energy Services, LLC (possibly not collectible; in chapter 7 bankruptcy)**    $129,371.75

Nature of claim            **Collections**_____

Amount requested        **$129,371.75**_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.    **$129,371.75**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **PCI Manufacturing, LLC**                    Case number (if known)   **16-41888**
          _____                        _____
          Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$392.62** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$494,722.09** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$500,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................. ➔ | | **$2,355,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$129,371.75** | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | **$1,125,986.46** + | 91b. **$2,355,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................................   **$3,480,986.46**

**Fill in this information to identify the case:**

Debtor name **PCI Manufacturing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-41888**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
**City of Sulphur Springs Tax Office**

**Creditor's mailing address**
**125 S. Davis Street**

**Sulphur Springs     TX     75482**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   **1) Sulphur Springs ISD Tax Office;**
   **2) Hopkins County Tax Office; 3)**
   **City of Sulphur Springs Tax Office;**
   **4) Sovereign Bank.**

**Describe debtor's property that is subject to a lien**

**Inventory**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$2,224.89**     Column B: **$494,722.09**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$5,139,322.59**

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)  **16-41888**

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|--|--|--|

**2.2**

| | |
|--|--|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| Element Financial Corp. | |

Column A: **$1,034,490.00**   Column B: **$501,500.00**

**Creditor's mailing address**
655 Business Center Drive

**Equipment**

**Describe the lien**
**Equipment Note / Agreement**

Horsham            PA      19044

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**   12/12/2014

**Last 4 digits of account number**        **4  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Computers, printers, and copiers: 1) Sulphur Springs ISD Tax Office; 2) Hopkins County Tax Office; 3) Element Financial Corp.; 4) Steel & Pipe Supply Co., Inc..  For Machinery and equipment : 1) Sulphur Springs ISD Tax Office; 2) Hopkins County Tax Office; 3) Element Financial Corp.; 4) Steel & Pipe Supply Co., Inc..**

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | **$29,186.97** | **$3,351,222.09** |
|---|---|---|---|
| **Hopkins County Tax Office** | | | |

Creditor's mailing address
**PO Box 481**

**Real and Personal Property**

Describe the lien
**Property Taxes**

**Sulphur Springs      TX    75483**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number   __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Computers, printers, and copiers: See 2.2.  For Finished goods: See 2.1.  For Machinery and equipment : See 2.2.  For West Plant: 1) Sulphur Springs ISD Tax Office; 2) Hopkins County Tax Office; 3) Texas Heritage National Bank; 4) Steel & Pipe Supply Co., Inc..**

☐ Yes.  The relative priority of creditors is specified on lines  _____

| Debtor | PCI Manufacturing, LLC | | Case number (if known) | 16-41888 |
|---|---|---|---|---|

**Part 1:     Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4**

| | |
|---|---|
| Creditor's name<br>**Sovereign Bank** | Describe debtor's property that is<br>subject to a lien |
| | **AR, Inventory, & General Intangibles** |
| Creditor's mailing address<br>**17950 Preston Rd., Suite 500** | Describe the lien |
| **Dallas, TX 75252** | **Note / Agreement** |
| | Is the creditor an insider or related party? |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred   **04/13/2012** | ☐ No |
| Last 4 digits of account<br>number              **7  2  6  9** | ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in<br>the same property? | As of the petition filing date, the claim is:<br>Check all that apply. |
| ☐ No | ☐ Contingent |
| ☑ Yes.  Have you already specified the<br>relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No.  Specify each creditor, including this<br>creditor, and its relative priority. | |
| ☑ Yes.  The relative priority of creditors is<br>specified on lines  **2.1** | |

Column A: **$1,013,895.51**   Column B: **$494,722.09**

**2.5**

| | |
|---|---|
| Creditor's name<br>**Steel & Pipe Supply Co., Inc.** | Describe debtor's property that is<br>subject to a lien |
| Creditor's mailing address<br>**555 Poyntz Ave.** | **200 CMH Drive, Sulphur Springs, TX<br>75482** |
| | Describe the lien |
| | **Judgment Lien** |
| **Manhattan          KS    66502** | Is the creditor an insider or related party? |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| Date debt was incurred   **11/2015** | Is anyone else liable on this claim? |
| Last 4 digits of account<br>number              **3  0  1  5** | ☑ No |
| | ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in<br>the same property? | As of the petition filing date, the claim is:<br>Check all that apply. |
| ☐ No | ☐ Contingent |
| ☑ Yes.  Have you already specified the<br>relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No.  Specify each creditor, including this<br>creditor, and its relative priority. | |
| ☑ Yes.  The relative priority of creditors is<br>specified on lines  **2.2, 2.3** | |

Column A: **$1,064,483.70**   Column B: **$2,856,500.00**

| Debtor | PCI Manufacturing, LLC | Case number (if known) | 16-41888 |
|--------|------------------------|------------------------|----------|

## Part 1:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.6**  Creditor's name
**Sulphur Springs ISD Tax Office**

Creditor's mailing address
**631 Connally Street**

**Sulphur Springs     TX     75482**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number        __ __ __ __

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines  **2.1, 2.2, 2.3**

**Describe debtor's property that is
subject to a lien**
**Real and Personal Property**

Describe the lien
**Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$44,924.47**      Column B: **$3,351,222.09**

**2.7**  Creditor's name
**Texas Heritage National Bank**

Creditor's mailing address
**215 Hillcrest Drive**

**Sulphur Springs     TX     75482**

Creditor's email address, if known

Date debt was incurred     **12/24/2014**

Last 4 digits of account
number        **5   8   0   2**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines  **2.3**

**Describe debtor's property that is
subject to a lien**
**200 CMH Drive, Sulphur Springs, TX
75482**

Describe the lien
**Real Property Note / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,950,117.05**      Column B: **$2,355,000.00**

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) **16-41888** |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Guida, Slavich & Flores, P.C.**<br>**Attn: James D. Payne**<br>**750 N. St Paul Street, Suite 200**<br><br>**Dallas          TX     75201** | Line  **2.5** | ___ ___ ___ ___ |
| **Linebarger Goggan Blair & Sampson, LLP.**<br>**Attn: Aaron Denine Malone**<br>**1517 W. Front St., Suite 202**<br><br>**Tyler          TX     75702** | Line  **2.3** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **PCI Manufacturing, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-41888** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.

    ☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                         **Total claim**        **Priority amount**

Debtor   **PCI Manufacturing, LLC**                     Case number (if known)   **16-41888**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

                                                                                       Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**A-1 Industrial Supply**

**PO Box 11465**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Hermiston**          **OR      97838**          **Goods and/or Services**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___   [x] No
                                                   [ ] Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,248.89** |

**Aaxion Incorporated**

**1602 W. Erwin**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Tyler**              **TX      75702**           **Goods and/or Services**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___   [x] No
                                                   [ ] Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$754.33** |

**Affirmed Medical Service**

**PO Box 525**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Tyler**              **TX      75712-5257**      **Goods and/or Services**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number  **1   4   1   9**   [x] No
                                                   [ ] Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$54,634.03** |

**Afisco Industrial**

**PO Box 5332**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Arlington**          **TX      76005**           **Goods and/or Services**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number  **N   N   3   5**   [x] No
                                                   [ ] Yes

---

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$242,202.96** |

**Airgas USA, LLC**

**PO Box 676015**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Dallas**                    **TX**      **75267-6015**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,398.91** |

**Aluma Graphics**

**103 Security Court**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Wylie**                     **TX**      **75098**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,652.40** |

**AT&T Mobility**

**PO Box 6463**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Carol Stream**              **IL**      **60197-6463**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   **9   8   9   5**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,494.00** |

**Baker Tankhead**

**PO Box 77021**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Fort Worth**                **TX**      **76177**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   Nonpriority creditor's name and mailing address

**Baker, Donelson, Bearman, Caldwell, Ber**

**201 St. Charles Avenue, Suite 3600**

**New Orleans                LA        70170**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,719.45

**3.10**   Nonpriority creditor's name and mailing address

**BCBS of Texas**

**PO Box 731428**

**Dallas                TX        75373-1428**

Date or dates debt was incurred

Last 4 digits of account number    4   4   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$10,556.92

**3.11**   Nonpriority creditor's name and mailing address

**Brown-Campbell Co.**

**11800 Investment Drive**

**Shelby Township          MI        48315**

Date or dates debt was incurred

Last 4 digits of account number    9   3   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,050.15

**3.12**   Nonpriority creditor's name and mailing address

**Buckley Oil Company**

**2900 Kemp Ranch Crossing**

**Midlothian                TX        76065**

Date or dates debt was incurred

Last 4 digits of account number    5   6   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,426.50

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Budget Business Systems**

**PO Box 1013**

**Mineola**      **TX**    **75773**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$102.84**

---

**3.14** Nonpriority creditor's name and mailing address

**Buyers Products Company**

**9049 Tyler Blvd.**

**Mentor**      **OH**    **44060**

Date or dates debt was incurred

Last 4 digits of account number   **0**   **6**   **1**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$14,078.45**

---

**3.15** Nonpriority creditor's name and mailing address

**Cantey Hanger, LLP**

**600 W. 6th Street, Suite 300**

**Fort Worth**      **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,842.50**

---

**3.16** Nonpriority creditor's name and mailing address

**Carboline Company**

**PO Box 931942**

**Cleveland**      **OH**    **44193**

Date or dates debt was incurred

Last 4 digits of account number   **3**   **0**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$155,573.50**

---

Debtor    **PCI Manufacturing, LLC**                                    Case number (if known)  **16-41888**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,165.71** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Carstens & Cahoon, LLP**

**PO Box 802334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                     **TX**     **75380**          **Goods and/or Services**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                       ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | | **$240,472.75** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Chandler Equipment**

**4180 West Sunset Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Springdale**                 **AR**     **72762**          **Goods and/or Services**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    **1    P    M    N**        ☑ No
                                                               ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | | **$1,955.60** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**City of Sulphur Springs**

**125 S. Davis Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sulphur Springs**            **TX**     **75482**          **Goods and/or Services**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    **1    9    0    1**        ☑ No
                                                               ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | **$561.54** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Clemtex**

**PO Box 15214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                    **TX**     **77220**          **Goods and/or Services**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    **8    5    5    2**        ☑ No
                                                               ☐ Yes

Debtor    **PCI Manufacturing, LLC**                                    Case number (if known)    **16-41888**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21**    Nonpriority creditor's name and mailing address

**Cohn & Gregory**

**PO Box 7419**

**Fort Worth**                    **TX**    **76111-0419**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$102,253.79**

---

**3.22**    Nonpriority creditor's name and mailing address

**COLE Publishing, Inc.**

**1720 Maple Lake Dam Road**

**Three Lakes**                    **WI**    **54562**

Date or dates debt was incurred

Last 4 digits of account number    **7    8    N    Y**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,499.00**

---

**3.23**    Nonpriority creditor's name and mailing address

**Contech Engineered Solutions, LLC**

**2201 W. Royal Ln., #260**

**Irving**                    **TX**    **75063**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.24**    Nonpriority creditor's name and mailing address

**Crossroad Communications, Inc.**

**PO Box 8294**

**Greenville**                    **TX**    **75404**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,673.79**

---

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,015.80** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Darr Equipment Co.**

**PO Box 975053**

**Dallas**                     **TX**        **75397-5053**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **7   3   2   1**

☑ No
☐ Yes

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$467.54** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dealers Electric Supply**

**555 South Hillcrest Drive**

**Sulphur Springs**            **TX        75482**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **0   0   0   1**

☑ No
☐ Yes

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$61.26** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Deep South Equipment**

**4201 Michoud Blvd**

**New Orleans**               **LA        70189**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **3   3   9   A**

☑ No
☐ Yes

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,826.74** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**DXP Enterprises, Inc.**

**1515 Avenue S, Ste 206**

**Grand Prairie**             **TX        75050**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     ___  ___  ___  ___

☑ No
☐ Yes

---

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

**Edge Site Contracting, LLC**

**PO Box 873**

**Sulphur Springs**          **TX**     **75483**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,755.00**

---

**3.30**   Nonpriority creditor's name and mailing address

**Elite Designs**

**PO Box 13725**

**Arlington**          **TX**     **76094**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$349.50**

---

**3.31**   Nonpriority creditor's name and mailing address

**Elliott Electric Supply, Inc.**

**1220 Elm Street**

**Sulphur Springs**          **TX**     **75482**

Date or dates debt was incurred

Last 4 digits of account number  **4**  **9**  **8**  **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,482.16**

---

**3.32**   Nonpriority creditor's name and mailing address

**Fastenal**

**PO Box 978**

**Winona**          **MN**     **55987**

Date or dates debt was incurred

Last 4 digits of account number  **0**  **4**  **2**  **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,354.64**

---

Debtor   **PCI Manufacturing, LLC**                                          Case number (if known)   **16-41888**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**   Nonpriority creditor's name and mailing address

**Fleetpride**

**PO Box 847118**

**Dallas**                    **TX**      **75284**

Date or dates debt was incurred

Last 4 digits of account number        **8    6    2    3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,891.15**

---

**3.34**   Nonpriority creditor's name and mailing address

**Garrett T. Hanna 2008 Trust**

**PO Box 1416**

**Sulphur Springs**          **TX**      **75483**

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Reimbursement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,698.70**

---

**3.35**   Nonpriority creditor's name and mailing address

**Givco, Inc.**

**22133 Old Nacogdoches Rd.**

**New Braunfels**            **TX**      **78132**

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,351.80**

---

**3.36**   Nonpriority creditor's name and mailing address

**Hopkins Co. Memorial Hospital**

**PO Box 275**

**Sulphur Springs**          **TX**      **75483**

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,439.90**

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

**Hopkins Co. Physician Services**

**PO Box 1367**

**Sulphur Springs          TX     75482**

Date or dates debt was incurred

Last 4 digits of account number      **4   3   6   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$601.00**

---

**3.38** Nonpriority creditor's name and mailing address

**Hopkins Minor Emergency**

**106 Hodge Street**

**Sulphur Springs          TX     75482**

Date or dates debt was incurred

Last 4 digits of account number      **4   2   5   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$65.00**

---

**3.39** Nonpriority creditor's name and mailing address

**Huse Processing, Inc.**

**3697 State Hwy 171**

**Malone                    TX     76660**

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address

**J.J. Keller & Associates, Inc.**

**PO Box 368**

**Neenah                    WI     54957**

Date or dates debt was incurred

Last 4 digits of account number      **7   4   6   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$133.07**

---

Debtor   **PCI Manufacturing, LLC**                                   Case number (if known)   **16-41888**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,449.60 |
|---|---|---|---|

**Jackson Pipe and Steel**

**PO Box 5746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Texarkana                    TX      75505-5746**          **Goods and/or Services**

Date or dates debt was incurred  _____          Is the claim subject to offset?

Last 4 digits of account number   **I   M   F   G**       ☑ No
                                                          ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,297.57 |
|---|---|---|---|

**Jayco**

**PO Box 20026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Oklahoma City            OK      73156**          **Goods and/or Services**

Date or dates debt was incurred  _____          Is the claim subject to offset?

Last 4 digits of account number   **4   5   2   4**       ☑ No
                                                          ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,450.00 |
|---|---|---|---|

**Joe Tex Xpress, Inc.**

**619 West Rutherford**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mt. Vernon                TX      75457**          **Goods and/or Services**

Date or dates debt was incurred  _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                          ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,521.45 |
|---|---|---|---|

**KC Supply Co., Inc.**

**PO Box 412196**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Kansas City              MO      64141-2196**          **Goods and/or Services**

Date or dates debt was incurred  _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                          ☐ Yes

Debtor   **PCI Manufacturing, LLC**                                  Case number (if known)   **16-41888**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| | |
|---|---|

**3.45**   Nonpriority creditor's name and mailing address

**Kimball Midwest**

**4800 Roberts Road**

Columbus                    OH      43228

Date or dates debt was incurred

Last 4 digits of account number       3   8   6   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$439.06**

---

**3.46**   Nonpriority creditor's name and mailing address

**Kutter R. Hanna 2008 Trust**

**PO Box 1416**

Sulphur Springs             TX      75483

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,698.70**

---

**3.47**   Nonpriority creditor's name and mailing address

**Lift Truck Supply, Inc.**

**PO Box 8251**

Tyler                       TX      75711

Date or dates debt was incurred

Last 4 digits of account number       __ 2   0   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,079.96**

---

**3.48**   Nonpriority creditor's name and mailing address

**Magnus Mobility Systems, Inc.**

**2605 Joe Field Road**

Dallas                      TX      75229

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$203.95**

---

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.49** | Nonpriority creditor's name and mailing address |

**Mail Finance**

**478 Wheelers Farms Rd**

As of the petition filing date, the claim is:                                    **$644.51**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Milford** | **CT** | **06461** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number      **3   5   2   0**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.50** | Nonpriority creditor's name and mailing address |

**MarketBook**

**PO Box 85670**

As of the petition filing date, the claim is:                                    **$4,905.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Lincoln** | **NE** | **68501** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number      **6   1   7   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.51** | Nonpriority creditor's name and mailing address |

**Masport**

**6801 Cornhusker Highway**

As of the petition filing date, the claim is:                                    **$5,125.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Lincoln** | **NE** | **68507-3296** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number      **I   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.52** | Nonpriority creditor's name and mailing address |

**Master Magnetics, Inc.**

**747 S. Gilbert Street**

As of the petition filing date, the claim is:                                    **$187.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Castle Rock** | **CO** | **80104** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number      **2   1   8   8**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **PCI Manufacturing, LLC**                                          Case number (if known)   **16-41888**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,698.68 |
| --- | --- | --- | --- |

**Matthew H. Hanna 2008 Trust**

**PO Box 1416**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sulphur Springs          TX     75483**

Basis for the claim:
**Reimbursement**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,288.24 |
| --- | --- | --- | --- |

**Matthew Hanna**

**402 CR 3640**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sulphur Springs          TX     75482**

Basis for the claim:
**Reimbursements**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,939.51 |
| --- | --- | --- | --- |

**McMaster-Carr**

**PO Box 7690**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago          IL     60680**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   1   6   0   0

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 |
| --- | --- | --- | --- |

**Millennium Outdoor Advertising**

**PO Box 327**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Winfield          TX     75493-0327**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **PCI Manufacturing, LLC**                                           Case number (if known)   **16-41888**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,793.89 |

**Minimizer**

**500 Minimizer Way SE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Blooming Prairie**          **MN**     **55917**      **Goods and/or Services**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number     **1   7   5   4**      ☑ No
                                                           ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,599.46 |

**Motion Industries, Inc.**

**2364 Merritt Drive, Suite C**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Garland**          **TX**     **75041**      **Goods and/or Services**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number     **0   0   0   1**      ☑ No
                                                           ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,083.82 |

**MS Landscaping & Irrigation**

**457 CR 1109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sulphur Springs**          **TX**     **75482**      **Goods and/or Services**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __      ☑ No
                                                           ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,353.51 |

**National Vacuum Equipment, Inc.**

**2707 Aero Park Drive**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Traverse City**          **MI**     **49685**      **Goods and/or Services**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __      ☑ No
                                                           ☐ Yes

---

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**

| Part 2: | Additional Page |
|---------|------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Network Billing Systems, LLC.**

**155 Willowbrook Blvd.**

**Wayne**                          **NJ**      **07470**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,322.01**

| 3.62 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Old Dominion Freight Line, Inc.**

**PO Box 841324**

**Dallas**                         **TX**      **75284-1324**

Date or dates debt was incurred

Last 4 digits of account number    **8   7   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$362.86**

| 3.63 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**OMI Crane Systems, Inc.**

**PO Box 1719**

**Rockwall**                       **TX**      **75087**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$603.02**

| 3.64 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Panorama Vending**

**958 County Road 1116 W**

**Sulphur Springs**                **TX**      **75482**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$162.89**

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**    Nonpriority creditor's name and mailing address

**Parish Truck Sales, Inc.**

**1101 Doyle Melancon Ext.**

**Breaux Bridge**                LA      70517

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.66**    Nonpriority creditor's name and mailing address

**Peoples Communication, Inc.**

**PO Box 1676**

**Quitman**                TX      75783-1676

Date or dates debt was incurred     **1/2015**

Last 4 digits of account number     **4  0  7  1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,308.22**

---

**3.67**    Nonpriority creditor's name and mailing address

**Pilgrim Bank**

**2401 South Jefferson Avenue**

**Mt. Pleasant, TX 75455**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Guaranteed Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,421,531.90**

---

**3.68**    Nonpriority creditor's name and mailing address

**Pilgrim Bank**

**2401 South Jefferson Avenue**

**Mt. Pleasant, TX 75455**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Guaranteed Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$103,173.41**

---

Debtor  **PCI Manufacturing, LLC** _____  Case number (if known)  **16-41888** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**   Nonpriority creditor's name and mailing address

**Potts Concrete Construction**

**450 County Road 2305**

_____

**Sulphur Springs             TX      75482**

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,961.00

---

**3.70**   Nonpriority creditor's name and mailing address

**Power Drive**

**4401 W. Esthner**

_____

**Wichita                KS      67209**

Date or dates debt was incurred        _____

Last 4 digits of account number    _8_ _8_ _0_ _7_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,214.14

---

**3.71**   Nonpriority creditor's name and mailing address

**Quality Trailer Products, LP**

**Rockwell American Mfg.**

**604 West Main**

**Azle                  TX      76020**

Date or dates debt was incurred        _____

Last 4 digits of account number    _2_ _8_ _4_ _5_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$351,417.47

---

**3.72**   Nonpriority creditor's name and mailing address

**Quench USA, Inc.**

**PO Box 8500**

_____

**Philadelphia              PA      19178-3230**

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$730.69

---

Debtor   **PCI Manufacturing, LLC**                                          Case number (if known)   **16-41888**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**Redneck Trailer Supplies**

**1260 Hillcrest Drive**

**Sulphur Springs**          **TX**    **75482**

Date or dates debt was incurred

Last 4 digits of account number        **1   3   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$63.82

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**RidgeLine Engineering, LLC**

**17203 Gold Panning Court**

**Magnolia**          **TX**    **77355**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$5,600.00

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Sherwin Williams**

**108 Lee Street**

**Sulphur Springs**          **TX**    **75482**

Date or dates debt was incurred

Last 4 digits of account number        **6   8   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$2,794.46

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**Simpson Gumpertz & Heger, Inc.**

**41 Seyon Street, Bldg 1 Ste 500**

**Waltham**          **MA**    **02453**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$21,826.50

---

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

**3.77**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$396.04**
                                                           Check all that apply.
**Solvent Recovery Systems**                                ☐ Contingent
**PO Box 184**                                              ☐ Unliquidated
                                                           ☐ Disputed

                                                           Basis for the claim:
**Orange Park**          **FL**    **32067**               **Goods and/or Services**

Date or dates debt was incurred   _____              Is the claim subject to offset?
Last 4 digits of account number   __ __ __ __              ☑ No
                                                           ☐ Yes

**3.78**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$849.97**
                                                           Check all that apply.
**Southeastern Freight Lines, Inc.**                        ☐ Contingent
**PO Box 100104**                                           ☐ Unliquidated
                                                           ☐ Disputed

                                                           Basis for the claim:
**Columbia**            **SC**    **29202-3104**           **Goods and/or Services**

Date or dates debt was incurred   _____              Is the claim subject to offset?
Last 4 digits of account number   **1  9  3  9**           ☑ No
                                                           ☐ Yes

**3.79**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$852.48**
                                                           Check all that apply.
**Spray Equipment & Service Center**                        ☐ Contingent
**PO Box 875758**                                           ☐ Unliquidated
                                                           ☐ Disputed

                                                           Basis for the claim:
**Kansas City**         **MO**    **64187**                **Goods and/or Services**

Date or dates debt was incurred   _____              Is the claim subject to offset?
Last 4 digits of account number   **9  4  8  1**           ☑ No
                                                           ☐ Yes

**3.80**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$238,639.36**
                                                           Check all that apply.
**Strathmore Products, Inc.**                               ☐ Contingent
**PO Box 151**                                              ☐ Unliquidated
**Syracuse NY, 13201-0151**                                 ☐ Disputed

                                                           Basis for the claim:
                                                           **Goods and/or Services**

Date or dates debt was incurred   _____              Is the claim subject to offset?
Last 4 digits of account number   **5  5  7  4**           ☑ No
                                                           ☐ Yes

Debtor   **PCI Manufacturing, LLC**                                      Case number (if known)   **16-41888**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81**   Nonpriority creditor's name and mailing address

**Surface Preparation-Texas, LLC**

**5965 South Loop East**

| Houston | TX | 77033 |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,988.19

**3.82**   Nonpriority creditor's name and mailing address

**Tennant Sales and Service Co.**

**701 N. Lilac Drive**

| Minneapolis | MN | 55422 |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$64.46

**3.83**   Nonpriority creditor's name and mailing address

**The Trident Company**

**405 N. Plano Rd.**

| Richardson | TX | 75081 |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number   5 3 1 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$183.20

**3.84**   Nonpriority creditor's name and mailing address

**Tradequip International**

**PO Box 509**

| Crossville | TN | 38557 |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number   2 0 8 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$11,812.40

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85**  **Nonpriority creditor's name and mailing address**

**Triple E Electric, Inc.**

**PO Box 455**

**Emory**                          **TX**    **75440**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$131,821.42**

---

**3.86**  **Nonpriority creditor's name and mailing address**

**Truck Enterprises, Inc.**

**13675 Gateway West**

**El Paso**                        **TX**    **79926**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,180.25**

---

**3.87**  **Nonpriority creditor's name and mailing address**

**Truck Paper**

**PO Box 85673**

**Lincoln**                        **NE**    **68501-5673**

Date or dates debt was incurred

Last 4 digits of account number  **6  1  7  7**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,205.00**

---

**3.88**  **Nonpriority creditor's name and mailing address**

**TXU Energy Retail Company, LLC**

**6555 Sierra Drive 3-S-24**

**Irving**                         **TX**    **75039**

Date or dates debt was incurred  **02/2014**

Last 4 digits of account number  **3  2  7  1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$190,911.55**

---

Debtor    **PCI Manufacturing, LLC**                              Case number (if known)    **16-41888**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,152.44 |

**Tyco Integrated Security, LLC**

**PO Box 371967**

**Pittsburgh, PA 1525-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7  8  1  7**

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $336.23 |

**United Rotary Brush Corp**

**15607 W. 100th Terr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lenexa                KS        66219**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6  0  4  0**

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,547.62 |

**Univar USA Dallas**

**10889 Bekay Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                TX        75238**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8  6  8  3**

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $283.19 |

**Unline, Inc.**

**12575 Uline Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pleasant Prairie        WI        53158**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7  9  9  0**

Debtor   **PCI Manufacturing, LLC**                                      Case number (if known)   **16-41888**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93**   Nonpriority creditor's name and mailing address

**USA Flap**

**10510 Randall Ave**

**Aurora IN, 47001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$4,761.00**

---

**3.94**   Nonpriority creditor's name and mailing address

**Verizon Southwest**

**PO Box 33078**

**St. Petersburg        FL        33733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   **2   4   9   7**

Is the claim subject to offset?
☑ No
☐ Yes

**$523.57**

---

**3.95**   Nonpriority creditor's name and mailing address

**Verizon Wireless**

**PO Box 660108**

**Dallas        TX        75266-0108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   **0   0   0   2**

Is the claim subject to offset?
☑ No
☐ Yes

**$586.48**

---

**3.96**   Nonpriority creditor's name and mailing address

**VTX Telecom**

**881 E. Hidalgo Avenue**

**Raymondville        TX        78580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$263.60**

Debtor  **PCI Manufacturing, LLC**                     Case number (if known)  **16-41888**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**  Nonpriority creditor's name and mailing address

**Webb Corporation**

**PO Box 549**

**Webb City**                **MO**    **64870**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$290.01**

---

**3.98**  Nonpriority creditor's name and mailing address

**Wolfe & Associates, Inc.**

**PO Box 5085**

**Concord**                **NC**    **28027-5085**

Date or dates debt was incurred

Last 4 digits of account number    **1  1  2  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.00**

---

**3.99**  Nonpriority creditor's name and mailing address

**YRC Worldwide, Inc.**

**10990 Roe Avenue**

**Overland Park**                **KS**    **66211**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$102.00**

---

Debtor   **PCI Manufacturing, LLC**                                    Case number (if known)   **16-41888**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Aaron Worldwide Collections, Inc.**
       **PO Box 2805**

       **Grand Rapids**        **MI**      **49501-2805**

Line   **3.60**

☐  Not listed.  Explain:

__ __ __ __

**4.2**   **Altus GTS, Inc.**
       **PO Box 1389**

       **Kenner**        **LA**      **70063**

Line   **3.6**

☐  Not listed.  Explain:

__ __ __ __

**4.3**   **Biehl & Biehl, Inc.**
       **PO Box 87410**

       **Carol Stream**        **IL**      **60188-7410**

Line   **3.73**

☐  Not listed.  Explain:

__ __ __ __

**4.4**   **Bilateral Credit**
       **PO Box 3475**

       **Toledo**        **OH**      **43607-0475**

Line   **3.55**

☐  Not listed.  Explain:

__ __ __ __

**4.5**   **Bilateral Credit**
       **PO Box 3475**

       **Toledo**        **OH**      **43607-0475**

Line   **3.40**

☐  Not listed.  Explain:

__ __ __ __

**4.6**   **Booth and Booth, APLC**
       **Vincent J. Booth**
       **138 North Cortez Street**

       **New Orleans**        **LA**      **70119**

Line   **3.65**

☐  Not listed.  Explain:

__ __ __ __

Debtor   **PCI Manufacturing, LLC**   Case number (if known)   **16-41888**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** **Cisco, Inc.**<br>**1702 Townhurst Dr.**<br><br>**Houston        TX        77043** | Line  **3.58**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.8** **CST Co.**<br>**PO Box 224768**<br><br>**Dallas        TX        75222-4768** | Line  **3.83**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.9** **Dworken & Bernstein Co., L.P.A**<br>**Attn: Jo A. Tatarko**<br>**60 South Park Place**<br><br>**Painesville        OH        44077** | Line  **3.14**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.10** **Edward Sloan & Associates**<br>**PO Box 788**<br><br>**Winnsboro        TX        75494** | Line  **3.36**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.11** **Financial Management & Associates, Inc.**<br>**2377 S. Collins Street**<br><br>**Arlington        TX        76014** | Line  **3.30**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.12** **Harrell Pailet & Associates, P.C.**<br>**5454 La Sierra Drive, Suite 100**<br><br>**Dallas        TX        75231** | Line  **3.91**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.13** **Hunter Warfield**<br>**4620 Woodland Corporate Blvd.**<br><br>**Tampa        FL        33614** | Line  **3.43**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **PCI Manufacturing, LLC**                              Case number (if known)   **16-41888**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **IC System**<br>**PO Box 64437**<br><br>**St. Paul          MN      55164-0437** | Line  **3.96**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.15 | **IC System**<br>**PO Box 64437**<br><br>**St. Paul          MN      55164-0437** | Line  **3.7**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.16 | **Jay A. Cantrell**<br>**807 Eighth Street, Suite 810**<br><br>**Wichita Falls          TX      76301-3319** | Line  **3.12**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.17 | **Jonathan Neil & Associates, Inc.**<br>**71 West Main Street, Suite 304**<br><br>**Freehold          NJ      07728** | Line  **3.61**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.18 | **Law Offices of Scott H. Richard**<br>**1000 E. Belt Line Rd., Suite 250**<br><br>**Carrollton          TX      75006** | Line  **3.79**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.19 | **Lee & Associates**<br>**15455 Dallas Parkway, Suite 400**<br><br>**Addison          TX      75001** | Line  ____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.20 | **Lisle Rutledge Attorneys**<br>**Attn: Donnie Rutledge**<br>**1458 Plaza Place**<br>**PO Box 7977**<br>**Springdale          AR      72766-7977** | Line  **3.18**<br><br>☐ Not listed. Explain: | __ __ __ __ |

Debtor    **PCI Manufacturing, LLC**                                Case number (if known)    **16-41888**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Loeb Winternitz**<br>**4131 S. State Street**<br><br>**Chicago          IL       60609** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.22 | **McDonald Sanders**<br>**777 Main Street, Suite 1300**<br><br>**Fort Worth          TX       76102** | Line __3.71__<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.23 | **McGlinchey Stafford**<br>**2711 N. Haskell Avenue**<br>**Suite 2750, LB 38**<br><br>**Dallas          TX       75204** | Line __3.88__<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.24 | **Miles Arnold**<br>**8109 Oakmont Drive**<br><br>**Burleson          TX       76028** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.25 | **Nationwide Recovery Systems, LTD.**<br>**4635 McEwen Road**<br><br>**Dallas          TX       75244** | Line __3.31__<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.26 | **Norman & Associates**<br>**6230 Shiloh Road, Suite 230**<br>**Alpharetta, GA 300005** | Line __3.75__<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.27 | **Pinnacle Companies, Inc.**<br>**PO Box 296**<br><br>**Sulphur Springs          TX       75483** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **PCI Manufacturing, LLC**                                    Case number (if known)    **16-41888**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.28 | **Recievables Control Corporation** <br> **7373 Kirkwood Court, Suite 200** <br><br> **Minneapolis        MN      55369** | Line  **3.87** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.29 | **Recievables Performace Management** <br> **20816 44th Ave. W.,** <br><br> **Lynnwood        WA      98036** | Line  **3.95** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.30 | **Recievables Performace Management** <br> **20816 44th Ave. W.,** <br><br> **Lynnwood        WA      98036** | Line  **3.94** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.31 | **Synter Resources Group, LLC.** <br> **5935 Rivers Ave., Suite 102** <br><br> **Charleston        SC      29406-6071** | Line  **3.99** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.32 | **Synter Resources Group, LLC.** <br> **5935 Rivers Ave., Suite 102** <br><br> **Charleston        SC      29406-6071** | Line  **3.78** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.33 | **Totz Ellison & Totz, P.C.** <br> **2211 Norfold, Suite 510** <br><br> **Houston        TX      77098** | Line  **3.20** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **PCI Manufacturing, LLC**                              Case number (if known)   **16-41888**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|----|----|-----|----------------------:|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,598,444.01** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$4,598,444.01** |

**Fill in this information to identify the case:**

Debtor name __**PCI Manufacturing, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number __**16-41888**__          Chapter __**11**__
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Cellular Phone Provider Agreement** | **AT&T Mobility** | |
| | | | **PO Box 6463** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Carol Stream** | **IL**   **60197-6463** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Property Listing Agreement Contract to be ASSUMED** | **Lee & Associates** | |
| | | | **15455 Dallas Parkway, Suite 400** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Addison** | **TX**   **75001** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Marketing Asset Agreement Contract to be ASSUMED** | **Loeb Winternitz** | |
| | | | **4131 S. State Street** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago** | **IL**   **60609** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Provider, Service Order, and Master Agreement** | **Peoples Communication, Inc.** | |
| | | | **PO Box 228** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Quitman** | **TX**   **75783-0228** |

Debtor   **PCI Manufacturing, LLC**                              Case number (if known)   **16-41888**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Electricity Contract** | **TXU Energy Retail Company, LLC** |
| | | | **6555 Sierra Drive 3-S-24** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Irving**                    **TX**        **75039** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Cellular Phone Provider Agreement** | **Verizon** |
| | | | **PO Box 660108** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**                    **TX**        **75266-0108** |

**Fill in this information to identify the case:**

Debtor name      **PCI Manufacturing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number      **16-41888**
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

**1.   Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** **Garrett T. Hanna 2008 Trust** | **PO Box 1416** <br> Number    Street <br><br> **Sulphur Springs**  **TX**  **75483** <br> City    State  ZIP Code | **Texas Heritage National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** **J. Miles Arnold** | **8109 Oakmont Drive** <br> Number    Street <br><br> **Burleson**  **TX**  **76028** <br> City    State  ZIP Code | **Texas Heritage National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3** **J. Miles Arnold** | **8109 Oakmont Drive** <br> Number    Street <br><br> **Burleson**  **TX**  **76028** <br> City    State  ZIP Code | **Sovereign Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.4** **J. Miles Arnold** | **8109 Oakmont Drive** <br> Number    Street <br><br> **Burleson**  **TX**  **76028** <br> City    State  ZIP Code | **Element Financial Corp.** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor      **PCI Manufacturing, LLC**                                          Case number (if known)   **16-41888**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | **J. Miles Arnold** | **8109 Oakmont Drive** <br> Number    Street <br><br> **Burleson**   **TX**   **76028** <br> City               State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.6** | **J. Miles Arnold** | **8109 Oakmont Drive** <br> Number    Street <br><br> **Burleson**   **TX**   **76028** <br> City               State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.7** | **Kutter R. Hanna 2008 Trust** | **PO Box 1416** <br> Number    Street <br><br> **Sulphur Springs**   **TX**   **75483** <br> City               State  ZIP Code | **Texas Heritage National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.8** | **Matthew H. Hanna 2008 Trust** | **PO Box 1416** <br> Number    Street <br><br> **Sulphur Springs**   **TX**   **75483** <br> City               State  ZIP Code | **Texas Heritage National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.9** | **Matthew W. Hanna** | **402 CR 3640** <br> Number    Street <br><br> **Sulphur Springs**   **TX**   **75482** <br> City               State  ZIP Code | **Element Financial Corp.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.10** | **Matthew W. Hanna** | **402 CR 3640** <br> Number    Street <br><br> **Sulphur Springs**   **TX**   **75482** <br> City               State  ZIP Code | **Sovereign Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.11** | **Matthew W. Hanna** | **402 CR 3640** <br> Number    Street <br><br> **Sulphur Springs**   **TX**   **75482** <br> City               State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **PCI Manufacturing, LLC** | Case number (if known) | **16-41888** |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12  Matthew W. Hanna** | **402 CR 3640** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.13  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Element Financial Corp.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.14  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Sovereign Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.15  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Quality Trailer Products, LP** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.16  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Huse Processing, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.17  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.18  Pinnacle Companies, Inc** | **903 I-30 East** <br> Number    Street <br><br> **Sulphur Springs**    **TX**  **75482** <br> City            State  ZIP Code | **Pilgrim Bank** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **PCI Manufacturing, LLC**                                    Case number (if known)    **16-41888**

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| **2.19** | **Pinnacle Materials, LLC** | **PO Box 296**<br>Number    Street | **Huse Processing, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Sulphur Springs       TX    75483**<br>City                            State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **PCI Manufacturing, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known):  **16-41888**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
         Copy line 88 from Schedule A/B............................................................................ | **$2,355,000.00**

   1b.   **Total personal property:**
         Copy line 91A from Schedule A/B.......................................................................... | **$1,125,986.46**

   1c.   **Total of all property**
         Copy line 92 from Schedule A/B............................................................................ | **$3,480,986.46**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........ | **$5,139,322.59**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... | **+ $4,598,444.01**

4.   **Total liabilities**
      Lines 2 + 3a + 3b................................................................................................................ | **$9,737,766.60**

**Fill in this information to identify the case and this filing:**

Debtor Name **PCI Manufacturing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) **16-41888**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/24/2016**
MM / DD / YYYY

X **/s/ J. Miles Arnold**
Signature of individual signing on behalf of debtor

**J. Miles Arnold**
Printed name

**President**
Position or relationship to debtor