**Monthly Operating Report**
CASH BASIS

| CASE NAME: | PCI MANUFACTURING, LLC |
|---|---|
| CASE NUMBER: | 16-41888 |
| JUDGE: | HONORABLE BRENDA T. RHOADES |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:** <u>November</u>   <u>2016</u>
            MONTH        YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____        _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                    TITLE

_T. Miles Arnold_____             12/27/16
PRINTED NAME OF RESPONSIBLE PARTY                         DATE


PREPARER:

_____        _____
ORIGINAL SIGNATURE OF PREPARER                            TITLE

_Stephen Brewer_____              12/27/16
PRINTED NAME OF PREPARER                                 DATE

## Monthly Operating Report
### CASH BASIS-1

| CASE NAME: | PCI MANUFACTURING, LLC |
| --- | --- |
| CASE NUMBER: | 16-41888 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH October | MONTH November | MONTH | MONTH |
| --- | --- | --- | --- | --- |
| 1.  CASH - BEGINNING OF MONTH | $ 392.62 | $ 385.11 | $ 378.11 | $ 378.11 |
| RECEIPTS | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS AND ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST) | $ 7,048.04 | $ 7,048.04 | | |
| 9.  TOTAL RECEIPTS | $ 7,048.04 | $ 7,048.04 | $ - | $ - |
| DISBURSEMENTS | | | | |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES,USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTAGE PAYMENTS | $ 7,048.04 | $ 7,048.04 | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | | | | |
| 18.  INSURANCE | | | | |
| 19.  VEHICLE EXPENSES | | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST) | | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | $ 7,048.04 | $ 7,048.04 | $ - | $ - |
| REORGANIZATION EXPENSES | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | $ 7.51 | $ 7.00 | | |
| 33.  TOTAL REORGANIZATION EXPENSES | $ 7.51 | $ 7.00 | $ - | $ - |
| 34.  TOTAL DISBURSEMENTS | $ 7,055.55 | $ 7,055.04 | $ - | $ - |
| 35.  NET CASH FLOW | $ (7.51) | $ (7.00) | $ - | $ - |
| 36.  CASH - END OF MONTH | $ 385.11 | $ 378.11 | $ 378.11 | $ 378.11 |

# Monthly Operating Report
## CASH BASIS-1A

## 2016

**CASE NAME:** PCI MANUFACTURING, LLC

**CASE NUMBER:** 16-41888

**CASH DISBURSEMENTS DETAIL**

**MONTH:** November

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | 11/20/16 | Texas Heritage National Bank | Note interest pmt | $  7,048.04 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | $  7,048.04 |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| DRAFT | 11/30/16 | Frost Bank | Account Fee | $       7.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | $       7.00 |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $  7,055.04 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | PCI MANUFACTURING, LLC |
| --- | --- |
| CASE NUMBER: | 16-41888 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL | |
| --- | --- | --- | --- | --- | --- |
| A. BANK: | Frost | | | | |
| B. ACCOUNT NUMBER: | 6964 | | | | |
| C. PURPOSE (TYPE): | DIP Acct | | | | |
| 1. BALANCE PER BANK STATEMENT | $ 322.60 | | | $ | 322.60 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | | | $ | - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ - | | | $ | - |
| 4. OTHER RECONCILING ITEMS | $ - | | | $ | - |
| 5. MONTH END BALANCE PER BOOKS | $ 322.60 | $ - | $ - | $ | 322.60 |
| 6. NUMBER OF LAST CHECK WRITTEN | n/a | | | | |

| INVESTMENT ACCOUNTS | DATE OF | TYPE OF | PURCHASE | CURRENT | |
| --- | --- | --- | --- | --- | --- |
| BANK, ACCOUNT NAME & NUMBER | PURCHASE | INSTRUMENT | PRICE | VALUE | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ | - |

| CASH | | |
| --- | --- | --- |
| 12. CURRENCY ON HAND | $ | 55.51 |

| 13. TOTAL CASH - END OF MONTH | $ | 378.11 |
| --- | --- | --- |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | PCI MANUFACTURING, LLC |
|---|---|
| CASE NUMBER: | 16-41888 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH<br>October | MONTH<br>November | MONTH |
|---|---|---|---|---|
| 1.  200 CMH Drive Sulphur Springs, TX | $ 2,355,000.00 | $ 2,355,000.00 | $ 2,355,000.00 | |
| 2. | | | | |
| 3. | | | | |
| 4.  OTHER (ATTACH LIST) | | | | |
| 5.  TOTAL REAL PROPERTY ASSETS | $ 2,355,000.00 | $ 2,355,000.00 | $ 2,355,000.00 | $      - |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1.  CASH ON HAND | $ 337.11 | $ 55.51 | $ 55.51 | |
| 2.  CHECKING, SAVINGS, ETC. | $ 55.51 | $ 329.60 | $ 322.60 | |
| 3.  SECURITY DEPOSITS | $      - | $      - | $      - | |
| 4.  HOUSEHOLD GOODS | $      - | $      - | $      - | |
| 5.  BOOKS, PICTURES, ART | $      - | $      - | $      - | |
| 6.  WEARING APPAREL | $      - | $      - | $      - | |
| 7.  FURS AND JEWELRY | $      - | $      - | $      - | |
| 8.  FIREARMS & SPORTS EQUIPMENT | $      - | $      - | $      - | |
| 9.  INSURANCE POLICIES | $      - | $      - | $      - | |
| 10.  ANNUITIES | $      - | $      - | $      - | |
| 11.  EDUCATION | $      - | $      - | $      - | |
| 12.  RETIREMENT & PROFIT SHARING | $      - | $      - | $      - | |
| 13.  STOCKS | $      - | $      - | $      - | |
| 14.  PARTNERSHIPS & JOINT VENTURES | $      - | $      - | $      - | |
| 15.  GOVERNMENT & CORPORATE BONDS | $      - | $      - | $      - | |
| 16.  ACCOUNTS RECEIVABLE | $      - | $      - | $      - | |
| 17.  ALIMONY | $      - | $      - | $      - | |
| 18.  OTHER LIQUIDATED DEBTS | $      - | $      - | $      - | |
| 19.  EQUITABLE INTERESTS | $      - | $      - | $      - | |
| 20.  CONTINGENT INTERESTS | $      - | $      - | $      - | |
| 21.  OTHER CLAIMS | $ 129,371.75 | $ 129,371.75 | $ 129,371.75 | |
| 22.  PATENTS & COPYRIGHTS | $      - | $      - | $      - | |
| 23.  LICENSES & FRANCHISES | $      - | $      - | $      - | |
| 24.  CUSTOMER LISTS | $      - | $      - | $      - | |
| 25.  AUTOS, TRUCKS & OTHER VEHICLES | $      - | $      - | $      - | |
| 26.  BOATS & MOTORS | $      - | $      - | $      - | |
| 27.  AIRCRAFT | $      - | $      - | $      - | |
| 28.  OFFICE EQUIPMENT | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | |
| 29.  MACHINERY, FIXTURES & EQUIPMENT | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | |
| 30.  INVENTORY | $ 494,722.09 | $ 494,722.09 | $ 494,722.09 | |
| 31.  ANIMALS | $      - | $      - | $      - | |
| 32.  CROPS | $      - | $      - | $      - | |
| 33.  FARMING EQUIPMENT | $      - | $      - | $      - | |
| 34.  FARM SUPPLIES | $      - | $      - | $      - | |
| 35.  OTHER (ATTACH LIST) | $      - | $      - | $      - | |
| 36.  TOTAL PERSONAL PROPERTY ASSETS | $ 1,125,986.46 | $ 1,125,978.95 | $ 1,125,971.95 | $      - |
| 37.  TOTAL ASSETS | $ 3,480,986.46 | $ 3,480,978.95 | $ 3,480,971.95 | $      - |

# Monthly Operating Report
## CASH BASIS-4

| CASE NAME: | PCI MANUFACTURING, LLC |
|---|---|
| CASE NUMBER: | 16-41888 |

MONTH: _November_

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ 5,139,322.59 | $ 7,048.04 |
| 2. PRIORITY | $ - | $ - |
| 3. UNSECURED | $ 4,598,444.01 | $ - |
| 4. OTHER (ATTACH LIST) | $ - | $ - |
| 5. TOTAL PREPETITION LIABILITIES | $ 9,737,766.60 | $ 7,048.04 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | PCI MANUFACTURING, LLC |
| --- | --- |
| CASE NUMBER: | 16-41888 |

MONTH:   November

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH October | MONTH November | MONTH |
| --- | --- | --- | --- | --- |
| 1.  0 - 30 | $      - | $      - | | |
| 2.  31 - 60 | $      - | $      - | | |
| 3.  61 - 90 | $      - | $      - | | |
| 4.  91 + | $      - | $      - | | |
| 5.  TOTAL ACCOUNTS RECEIVABLE | $      - | $      - | $      - | $      - |
| 6.  AMOUNT CONSIDERED UNCOLLECTIBLE | $      - | $      - | | |
| 7.  ACCOUNTS RECEIVABLE (NET) | $      - | $      - | $      - | $      - |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
| --- | --- | --- | --- | --- |
| 1.  FEDERAL | | | | $      - |
| 2.  STATE | | | | $      - |
| 3.  LOCAL | | | | $      - |
| 4.  OTHER (ATTACH LIST) | | | | $      - |
| 5.  TOTAL TAXES PAYABLE | $      - | $      - | $      - | $      - |
| 6.  ACCOUNTS PAYABLE | | | | $      - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| --- | --- | --- | --- | --- |
| FEDERAL | | | | |
| 1.  WITHHOLDING | | | | $      - |
| 2.  FICA-EMPLOYEE | | | | $      - |
| 3.  FICA-EMPLOYER | | | | $      - |
| 4.  UNEMPLOYMENT | | | | $      - |
| 5.  INCOME | | | | $      - |
| 6.  OTHER (ATTACH LIST) | | | | $      - |
| 7.  TOTAL FEDERAL TAXES | $      - | $      - | $      - | $      - |
| STATE AND LOCAL | | | | $      - |
| 8.  WITHHOLDING | | | | $      - |
| 9.  SALES | | | | $      - |
| 10.  EXCISE | | | | $      - |
| 11.  UNEMPLOYMENT | | | | $      - |
| 12.  REAL PROPERTY | | | | $      - |
| 13.  PERSONAL PROPERTY | | | | $      - |
| 14.  OTHER (ATTACH LIST) | | | | $      - |
| 15.  TOTAL STATE & LOCAL | $      - | $      - | $      - | $      - |
| 16.  TOTAL TAXES | $      - | $      - | $      - | $      - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | PCI MANUFACTURING, LLC |
|---|---|
| CASE NUMBER: | 16-41888 |

MONTH: _____ November _____

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-6**

**2016**

| CASE NAME: | PCI MANUFACTURING, LLC |
|---|---|
| CASE NUMBER: | 16-41888 |

MONTH: _____ November _____

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

Interest only was paid on the prepetition liability to Texas Heritage National Bank on behalf of the debtor

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE
BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN
EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Property - Building | Admiral Insurance | 11/04/16  -  05/04/17 | $ 6,620.25  Annualy |
| Property - Business Personal | Admiral Insurance | 11/04/16  -  05/04/17 | $ 1,242.15  Annualy |
| | | | |
| | | | |
| | | | |

# ❄ Frost
**1-800-513-7678**

P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

*Reconciled 12/21/16*

✓

STATEMENT ISSUED
11-30-2016

00000388-TDFRST02003900059342-LETTER01_1OZ-000000 REG

Page 1 of 2



**PCI MANUFACTURING LLC**
**DEBTOR IN POSESSION**
**CASE NUMBER 16 41888**
**PO BOX 296**
**SULPHUS SPRINGS TX 75483**

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help
Contact Customer Service at (800)513-7678 to get started.

## FROST BUSINESS CHECKING : ACCOUNT NO

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 329.60 | 0 | .00 | 0 | 7.00 | 322.60 |

Activity Items Processed          0                    Cash Processed          $0.00

-------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-30 | 7.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE |

-------------------------------- DAILY BALANCE --------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-31 | 329.60 | 11-30 | 322.60 | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Dep Agreement and Other Disclosures.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____     Account Number _____
Account Number _____     Account Number _____
Account Number _____     Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

Page 2 of 2

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| > 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| >10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

If you find any errors, please notify us immediately by calling the number or writing to the address listed on the front side of this statement. You should notify us of any errors within 60 days of receiving your statement.